# IN THE NINTH COURT OF APPEALS

09-16-00303-CR
09-16-00307-CR

Robert Cor'Darius Taylor
v.
The State of Texas

On Appeal from the
221st District Court of Montgomery County, Texas
Trial Cause Nos. 16-07-08241-CR and 16-07-08240-CR

## JUDGMENT

THE NINTH COURT OF APPEALS, having considered these causes on appeal, concludes that the judgments of the trial court should be affirmed. IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that the judgments of the trial court are affirmed.

Opinion of the Court delivered by Justice Charles Kreger

May 16, 2018

**AFFIRMED**

\*\*\*\*\*\*\*\*\*\*

Copies of this judgment and the Court's opinion are certified for observance.

Carol Anne Harley
Clerk of the Court